UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************
CURTIS WHEATLEY        )
          Plaintiff   )
                      )
vs.                   )          Civil Action No.:
                      )
F/V MISTY DAWN INC..,  )
SEA WATCH INTERNATIONAL, LTD )
          Defendant(s) )
**********************************

## PLAINTIFF'S COMPLAINT

### Parties and Jurisdiction

1. The plaintiff, Curtis Wheatley, is a resident of the City of North Providence, in the State of Rhode Island.

2. The defendant, F/V Misty Dawn Inc.., is a foreign corporation duly organized in the State of New Jersey.

3. On or about May 14, 2006 the defendant, F/V Misty Dawn Inc., was doing business within the Commonwealth of Massachusetts, and at the time hereinafter mentioned, owned operated and controlled the F/V SEA WATCHER I.

4. On or about May 14, 2006, the plaintiff was employed as a seaman, and member of the crew of the F/V SEA WATCHER I.

5. The defendant, Sea Watch International, LTD., hereinafter Defendant Sea Watch, is a foreign corporation duly organized under the laws of the State of Delaware.

6. On or about May 14, 2006, Defendant Sea Watch, was the owner and operator of a processing facility in New Bedford, Massachusetts.

7.     This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et seq.

8.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1333.

## COUNT I

### Jones Act Negligence

9.     The plaintiff re-alleges all the facts set forth in paragraphs 1 through 8 above.

10.    On or about May 16, 2006, while in the performance of his duties in the service of the F/V SEA WATCHER I, the plaintiff, sustained severe personal injuries.

11.    The plaintiff's injuries were caused by the negligence of Defendant F/V Misty Dawn, Inc.

12.    The plaintiff's injuries were caused by the failure of Defendant F/V Misty Dawn, Inc. to use and maintain a safe and proper place in which to work.

13.    The plaintiff's injuries were caused in whole or in part by the negligence of F/V Misty Dawn, Inc., its officers, agents or employees in that they failed to use reasonable care to provide a safe and sufficient means of egress from the vessel.

14.    The plaintiff's injuries were caused by the negligence of Defendant F/V Misty Dawn, Inc., in other respects as may appear at the trial.

15.    As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work, and has sustained and will sustain other damages as will be shown at trial.

**WHEREFORE**, the Plaintiff, Curtis Wheatley, demands judgment against Defendant F/V Misty Dawn, Inc., in a fair, just and reasonable amount, as this Honorable Court shall deem just and proper

## COUNT II

### General Maritime Law - Unseaworthiness

16. The plaintiff re-alleges all the facts set forth in paragraphs 1 through 15 above.

17. The plaintiff's injuries were caused by reason of failure of the Defendant F/V Misty Dawn, Inc., to provide and maintain a seaworthy vessel and/or proper and suitable appliances and equipment. This cause of action herein set forth is known as unseaworthiness under the General Maritime Law.

18. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work and will continue to suffer pain and mental anguish, incur medical expenses and lose time from his usual work, all to his damage.

**WHEREFORE**, the Plaintiff, Curtis Wheatley, demands judgment against Defendant F/V Misty Dawn Inc., in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

## COUNT III

### General Maritime Law – Maintenance and Cure

19. The plaintiff re-alleges all the facts set forth in paragraphs 1 through 18 herein and in addition thereto respectfully alleges:

20. The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure.

21.     The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure for a reasonable period of his disability.

**WHEREFORE**, the Plaintiff, Curtis Wheatley, demands judgment against Defendant F/V Misty Dawn, Inc., in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

## COUNT IV

### Negligence of Defendant Sea Watch

22.     Defendant Sea Watch owns and/or operates a seafood processing facility, including a pier and/or dock, in New Bedford, Massachusetts.

23.     On or about May 14, 2006, the F/V SEA WATCHER I, was docked at the pier owned and/or operated by Defendant Sea Watch, to offload its catch of clams.

24.     Defendant Sea Watch had a duty to maintain aforementioned pier and/or dock in a reasonably safe condition.

25.     Defendant Sea Watch failed to maintain said dock in a safe and reasonable manner and failed to warn Plaintiff that a dangerous and unsafe condition existed.

26.     Plaintiff exercised reasonable care for his own safety at all times relevant hereto.

27.     Plaintiff exited the F/V SEA WATCHER I, onto the dock, owned by Defendant Sea Watch and was injured.

28.     Plaintiff's injuries were a direct and proximate result of the unsafe condition which existed on or about May 14, 2006, on the dock owned by Defendant Sea Watch.

29. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work and will continue to suffer pain and mental anguish, incur medical expenses and lose time from his usual work, all to his damage.

**WHEREFORE**, the Plaintiff, Curtis Wheatley, demands judgment against Defendant Sea Watch, in a fair, just and reasonable amount, as this Honorable Court shall deem just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Dated: 10/1/2008

Respectfully submitted,
CURTIS WHEATLEY
By his attorney,

_____
Thomas J. Hunt
BBO# 244680
THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 02740
(508) 994-7300
(508) 984-0755 Facsimile