UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:08-CV-11686-NMG

```
_____
CURTIS WHEATLEY,           )
                           )
       Plaintiff,          )
                           )
v.                         )
                           )
F/V MISTY DAWN INC.,       )
SEA WATCH INTERNATIONAL,   )
LTD.                       )
                           )
       Defendant(s)        )
_____)
```

**DEFENDANT, F/V MISTY DAWN, INC.'S CROSS-CLAIM AGAINST DEFENDANT, SEA WATCH INTERNATIONAL, LTD. (LEAVE TO FILE GRANTED BY THE HONORABLE NATHANIEL M. GORTON ON 3/31/09)**

1. The Defendant, F/V Misty Dawn, Inc., is a foreign corporation duly organized in the State of New Jersey.

2. The Co-Defendant and Defendant in Cross-Claim, Sea Watch International, Ltd., is a foreign corporation duly organized under the laws of the State of Delaware.

3. In the underlying action pending in the United States District Court for the District of Massachusetts, the Plaintiff, Curtis Wheatley, alleges that he suffered personal injuries when he exited the F/V Sea Watch I, which is owned by F/V Misty Dawn, Inc., onto a dock and/or pier owned by Sea Watch International, Ltd.

COUNT I – CONTRIBUTION

4. Defendant, F/V Misty Dawn, Inc. incorporates by reference paragraphs 1-3 of its cross-claim above as if fully set forth herein.

5. To the extent that the Plaintiff's damages were caused by the negligence of F/V Misty Dawn, Inc., which it denies, then the Plaintiff's damages were caused by the negligence of Sea Watch International, Ltd., its employees and/or agents, in failing to maintain the pier and/or dock in a reasonably safe condition and failing to warn the Plaintiff that a dangerous and unsafe condition existed.

6. If F/V Misty Dawn, Inc. is found liable to the Plaintiff in the original action, then F/V Misty Dawn, Inc. is entitled to contribution from Sea Watch International, Ltd.

WHEREFORE:   Misty Dawn, Inc. demands judgment against the Defendant/ Defendant in Cross-Claim, Sea Watch International, Ltd., for any amounts paid by F/V Misty Dawn, Inc. for damages which were the fault of Sea Watch International, Ltd. and/or its employees or agents, together with interest thereon, and its costs and attorneys' fees incurred in the original action and cross-claim.

## COUNT II – INDEMNIFICATION

7. F/V Misty Dawn, Inc. hereby incorporates by reference paragraphs 1-6 of its cross-claim above as if fully set forth herein.

8. If F/V Misty Dawn, Inc. is found liable to the Plaintiff in the original action, which it denies, then F/V Misty Dawn, Inc. is entitled to indemnification from Sea Watch International, Inc. in the full amount of any judgment against it in the original action.

WHEREFORE:   Misty Dawn, Inc. demands judgment against the Defendant/Defendant in Cross-Claim, Sea Watch International, Ltd., for any amounts paid by F/V Misty Dawn, Inc. for damages which were the fault of Sea Watch International, Ltd. and/or its employees or agents, together with interest thereon, and its costs and attorneys' fees incurred in the original action and cross-claim.

## COUNT I – CONTRIBUTION
## RE: PAYMENT OF MAINTENANCE, CURE AND ADVANCES

9. Defendant, F/V Misty Dawn, Inc. incorporates by reference paragraphs 1-8 of its cross-claims above as if fully set forth herein.

10. To date, the Defendant, F/V Misty Dawn, Inc. has paid at least $73,119.42 to the Plaintiff in maintenance, cure and advance payments relative to the Plaintiff's injuries as alleged in the original complaint.

11. To the extent that the Plaintiff's damages were caused either in whole or in part by the negligence of Sea Watch International, Inc., F/V Misty Dawn, Inc. is entitled to contribution from Sea Watch International, Ltd. for any and all maintenance, cure and advance payments paid by F/V Misty Dawn, Inc.

WHEREFORE:   Misty Dawn, Inc. demands judgment against the Defendant/Defendant in Cross-Claim, Sea Watch International, Ltd., for any and all amounts paid by F/V Misty Dawn, Inc. for maintenance, cure or advances to the Plaintiff in the original complaint, due to the fault, either in whole or in part, of Sea Watch International, Ltd. and/or its employees or agents, said sum being at least $73, 119.42, together with interest thereon, and its costs and attorneys' fees incurred in the original action and cross-claim.

### COUNT II – INDEMNIFICATION
### RE: PAYMENT OF MAINTENANCE, CURE AND ADVANCES

12. F/V Misty Dawn, Inc. hereby incorporates by reference paragraphs 1-11 of its cross-claim above as if fully set forth herein.

13. To date, the Defendant, F/V Misty Dawn, Inc. has paid at least $73,119.42 to the Plaintiff in maintenance, cure and advance payments relative to the Plaintiff's injuries as alleged in the original complaint.

14. To the extent that the Plaintiff's damages were caused either in whole or in part by the negligence of Sea Watch International, Inc., Misty Dawn, Inc., is entitled to indemnification from Sea Watch International, Ltd. for the maintenance, cure and advance payments paid by F/V Misty Dawn, Inc.

WHEREFORE:   Misty Dawn, Inc. demands judgment against the Defendant/Defendant in Cross-Claim, Sea Watch International, Ltd., for any and all amounts paid by F/V Misty Dawn, Inc. for maintenance, cure or advances to the Plaintiff, which is at least, $73,119.42, due to the fault, either in whole or in part, of Sea Watch International, Ltd. and/or its employees or agents, together with interest thereon, and its costs and attorneys' fees incurred in the original action and cross-claim.

**DEMAND FOR TRIAL BY JURY ON DEFENDANT'S CROSS CLAIM AGAINST CO-DEFENDANT SEA WATCH INTERNATIONAL, LTD.**

The Defendant, F/V Sea Watch, Inc., therefore demands a trial by jury on all claims so triable.

Dated: March 31, 2009

        For the Defendant,
        F/V MISTY DAWN, INC.
        By its attorneys,

        **REGAN & KIELY LLP**

        /s/ Joseph A. Regan
        Joseph A. Regan, Esquire (BBO #543504)
        88 Black Falcon Avenue, Suite 330
        Boston, MA  02210
        (617)723-0901 (phone)
        (617)723-0977 (fax)
        jar@regankiely.com