UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:08-CV-11686-NMG

| | |
|---|---|
| **CURTIS WHEATLEY,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **F/V MISTY DAWN INC.,** | ) |
| **SEA WATCH INTERNATIONAL,** | ) |
| **LTD.,** | ) |
|     **Defendant(s).** | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint and all claims and cross claims of every party be dismissed with prejudice, all rights of appeal waived.

| For the Plaintiff, | For the Defendant, |
|---|---|
| | F/V Misty Dawn, Inc., |
| /s/ Thomas J. Hunt | /s/ Joseph A. Regan |
| Thomas J. Hunt - BBO #244680 | Joseph A. Regan - BBO #543504 |
| Thomas J. Hunt & Associates | REGAN & KIELY LLP |
| 18 North Water Street | 88 Black Falcon Avenue, Suite 330 |
| New Bedford, MA 072470 | Boston, MA 02210 |
| (508)994-7300 | (617)723-0901 |
| nmc1112@aol.com | jar@regankiely.com |

For the Defendant,
Sea Watch International, Ltd.

/s/ Gregory J. Koldys
Gregory J. Koldys – BBO #276840
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA 02740
(508)993-8800
gjk@mickelsonbarnet.com